# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

_Michael D. Midgett_,

_____,

_____,

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**Case No.:** 3:22cv 10378 TKW-ZCB
*(To be filled in by the Clerk's Office)*

**v.**

_Florida_____,

_____,

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

**Jury Trial Requested?**
☒ **YES**  ☐ **NO**

_____ /

FILED USDC FLND PN
JUL 25 '22 AM 11:44 GM

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: _Michael D. Midgett_

   Address: _37 Country Club Rd._

   _____

   City, State, and Zip Code: _Shalimar, FL. 32579_

   Telephone: _____ *(Home)* _850-368-0910_ *(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ *(Home)* _____ *(Cell)*

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.  For individual Defendants, identify the person's official position or job title, and mailing address.  Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: *Florida*

   Official Position: *State*

   Employed at: *The Capitol*

   Mailing Address: *400 South Monroe Street*

   *Tallahassee, FL. 32399-0001*

   □ Sued in Individual Capacity      ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   □ Sued in Individual Capacity      □ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☒ State/Local Officials *(§ 1983 case)*

## III.   STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are
entitled to relief.  Describe how *each* Defendant was involved and what each
person did, or did not do, in support of your claim.  Identify when and where
the events took place, and state how each Defendant caused you harm or
violated federal law.  Write each statement in short numbered paragraphs,
limited as far as practicable to a single event or incident.  ***Do not make legal
argument, quote cases, cite to statutes, or reference a memorandum***.  You
may make copies of the following page if necessary to supply all of the facts.
Barring extraordinary circumstances, no more than five (5) additional pages
should be attached.  ***Facts not related to this same incident or issue must be
addressed in a separate civil rights complaint.***

1. In 2019 I was medically kidnapped, held against
my will without due process for about a week,
forced medicine, and hypnotised to cover up crimes.
I was also threatened and Battery comitted against me.
2. In 2020 I was again medically kidnapped,
held against my will without due process,

**Factual Allegations, Continued** *(Page 2 of 2)*

beaten, and tertured in cruel and
unusual ways.

3. In 2020 I was chulged fel a crime
that I was framed fer and presecuted
fel it. Again falsley imprisoned.

4. Currently the okaloosa county court has
and is continuosly fostering crimes of others
to prosecute me in a civil manner and have
a corrupt Judge hypnotise me to cover up
crimes and or der me to other corrupt
people where I am hypnotised to further
cover up crimes I have tried to report.

Caution, I believe they are Hypnotising Federal
officials as well and destroying evidence.

## IV.    STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

18 USC. § 249, § 241, § 242, § 245, § 247, § 248, § 844(h), § 3631, 42 USC § 14141, 78 USC § 1658, 1st 4th, 2nd 5th, 6th, 7th, 8th, 9th, 10th, 13th, 14th ammendments of the Constitution as well as treatie and foreign policy Such as Geneva Conventions. 16th Amendment ADA.
"They have illegally hacked my electronics So online info may be misunderstood."

## V.    RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

1. Injunction from any malice contact od action from the State od their contractors.
2. injunction Order to Quash the malice civil suits the State has propagatrd against me. od bring them to this courst.
3. $50,000,000 in Punative Damages.

## VI.  CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 7/25/22   Plaintiff's Signature: _____

Printed Name of Plaintiff: *Michael Midgett*

Address: *37 Country Club Rd.*

*Shalimal Fl 32579*

E-Mail Address: *midgettmichael@Yahoo.Com.*

Telephone Number: 850-368-0910

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*