UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL D. MIDGETT,
     Plaintiff,

vs.                                Case No.: 3:22cv10378/TKW/ZCB

FLORIDA,
     Defendant.
_____/

## **ORDER**

This case is before the Court based on two Reports and Recommendations issued by the magistrate judge, one addressing Plaintiff's motion for class certification (Doc. 15) and the other addressing Plaintiff's motions for emergency injunctive relief (Doc. 16).  No objections to the Reports and Recommendations were filed.

Upon due consideration of the Reports and Recommendations and the case file, the Court agrees with the magistrate judge's determinations that Plaintiff's motions for class certification and for emergency injunctive relief should be denied because Plaintiff has not established the legal requisites for such relief.  Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Reports and Recommendation are adopted and incorporated by reference in this Order.

2.     Plaintiff's motion for class certification (Doc. 9) is **DENIED**.

3.    Plaintiff's motions for emergency injunctive relief (Docs. 10, 11) are

**DENIED**.

4.    This case is recommitted to the magistrate judge for further

proceedings.

**DONE and ORDERED** this 16th day of December, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**