**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

MICHAEL D MIDGETT

     VS                                    CASE NO.  3:22-cv-10378-TKW-ZCB

FLORIDA

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff take nothing and that this action

be DISMISSED without prejudice.

                                  JESSICA J. LYUBLANOVITS
                                  CLERK OF COURT


_March 6, 2023_              /s/ *Monica Broussard*
DATE                         Deputy Clerk: Monica Broussard